UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JESSE J.U.,

                Plaintiff,                5:24-cv-422 (BKS/DJS)

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---

**Appearances:**

*For Plaintiff:*
Howard D. Olinsky
Olinsky Law Group
250 South Clinton Street - Suite 210
Syracuse, NY 13202

*For Defendant:*
Office of the General Counsel
Social Security Administration
Kathryn Pollack
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff filed this action under 42 U.S.C. § 405(g) seeking review of the Commissioner of Social Security's denial of his application for Social Security disability insurance benefits. (Dkt. No. 1). This matter was referred to United States Magistrate Judge Daniel J. Stewart for a Report-Recommendation. (Dkt. No. 3); Local Rule 72.3(e). On May 15, 2025, after reviewing the parties' briefs, (Dkt. Nos. 7, 13, 14), and the Administrative Transcript, (Dkt. No. 6), Magistrate Judge Stewart issued a Report-Recommendation recommending that Plaintiff's motion for

judgment on the pleadings be granted; that Defendant's motion for judgment on the pleadings be denied; and that Defendant's decision denying Plaintiff disability benefits be remanded pursuant to sentence four for further proceedings, (Dkt. No. 15). Magistrate Judge Stewart advised the parties that under 28 U.S.C. § 636(b)(1), they had "14 days within which to file written objections" to the Report-Recommendation and that "failure to object to th[e] report within 14 days will preclude appellate review." (Dkt. No. 15, at 21–22 (citing *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72 & 6(a)). No objections were filed.

The Court reviews de novo those portions of the Magistrate Judge's findings and recommendations that have been properly preserved with a specific objection. *Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); 28 U.S.C. § 636(b)(1)(C). Findings and recommendations as to which there was no properly preserved objection are reviewed for clear error. *Id.* Neither of the parties has raised any objection to Magistrate Judge Stewart's Report-Recommendation. The Court has reviewed the Report-Recommendation for clear error and found none.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 15) is **ADOPTED** in all respects; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 7) is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion for Judgment on the Pleadings (Dkt. No. 13) is **DENIED**; and it is further

**ORDERED** that Defendant's decision denying Plaintiff disability benefits is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**IT IS SO ORDERED.**

Dated: August 1, 2025
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge